WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Stephen C. Dean, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV 05-2064 PHX SRB (VAM) |
| | ) | |
| City of Phoenix, | ) | <u>O R D E R</u> |
| | ) | |
| Defendant. | ) | |

This lawsuit was removed to federal court on July 12, 2005. (Doc. 1). The Court entered a scheduling order with discovery to close by January 17, 2006. (Doc. 4). Plaintiff asked for additional time to conduct discovery. (Doc. 9). The Court granted the request and extended the discovery deadline to April 17, 2006. (Doc. 19). The parties had numerous discovery disputes which were resolved. On June 16, 2006, the sole defendant filed a Motion for Summary Judgment. (Docs. 27, 28). A <u>Rand</u> notice was issued by the Court. (Doc. 29). Plaintiff filed his response to the Motion for Summary Judgment (Doc. 30) and defendant replied (Doc. 31). The reference was withdrawn with regard to the Motion for Summary Judgment. (Doc. 32).

On August 25, 2006, plaintiff filed a Motion to Add One Defendant (Bradley Bryce). (Doc. 33). Defendant responded opposing the addition of defendant Bryce. (Doc. 35). Defendant pointed out that plaintiff has known about defendant Bryce and his

activities with regard to the lawsuit since 2003.  In addition, as pointed out by defendant, the discovery deadline has run and a dispositive motion is pending before the Court.  Further, it appears that any claim against defendant Bryce is barred by the statute of limitations.  Therefore, the Motion to Add One Defendant will be denied.

On August 25, 2006, plaintiff filed a "Motion for Protective Order."  (Doc. 34).  Defendant moved to strike the "Motion for Protective Order."  (Doc. 36).  A review of the document entitled "Request for Protective Order" shows that it is not a request for Court action except to ask that the Court file certain documents in evidence.  This is premature.  It is unclear whether there will be a trial and, if there is, plaintiff will have an opportunity to have documents marked for the trial.  The remainder of the document argues the merits of plaintiff's case.  It does not end with a request for any kind of Court action.  Therefore, the Motion to Strike is warranted and the "Request for Protective Order" will be stricken.

**IT IS THEREFORE ORDERED** denying plaintiff's Motion to Add One Defendant.  (Doc. 33).

**IT IS FURTHER ORDERED** granting defendant's Motion to Strike.  (Doc. 36).  Plaintiff's document entitled "Request for Protective Order" found at Doc. 34 shall be stricken.

DATED this 24th day of October, 2006.

_____
Virginia A. Mathis
United States Magistrate Judge